IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2024 AUG 20 AM 11: 16

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SCOTT D. NELSON<br><br>Defendant. | 8:24CR *133*<br><br>INDICTMENT<br>18 U.S.C. § 1591(a) & (b)(2)<br>18 U.S.C. § 2251(a) & (e) |

The Grand Jury charges that

## COUNT I

On or about December 1, 2023, through August 9, 2024, in the District of Nebraska and elsewhere, in and affecting interstate commerce, the defendant, SCOTT D. NELSON, did knowingly recruit, entice, harbor, transport, provide, obtain, maintain, patronize, and solicit a minor female identified as MINOR VICTIM 1, and having had a reasonable opportunity to observe MINOR VICTIM 1 and knowing and in reckless disregard that MINOR VICTIM 1 was under the age of 18 years old and knowing and in reckless disregard that MINOR VICTIM 1 would be caused to engage in a commercial sex act.

In violation of Title 18, United States Code, Section 1591(a) and (b)(2).

## COUNT II

On or about December 1, 2023, through August 9, 2024, in the District of Nebraska, the defendant, SCOTT D. NELSON, did knowingly use, persuade, induce, entice, and coerce, and attempt to use, persuade, induce, entice, and coerce a minor, MINOR VICTIM 1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct and the

1

defendant knew and had reason to know that the visual depiction would be transported in interstate commerce and using a means or facility of interstate commerce.

In violation of Title 18, United States Code, Section 2251(a) and (e).

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

_____
DANIELLE FLIAM #25658
Assistant U.S. Attorney

2