IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br><br><br>SCOTT NELSON,<br><br>Defendant. | Case No. 8:24-CR-133<br><br><br><br>**UNOPPOSED MOTION TO DEPOSIT FUNDS TOWARD RESTITUTION AND SPECIAL ASSESSMENTS IN ADVANCE OF SENTENCING** |

COMES NOW, the Defendant, Scott Nelson, by and through his undersigned counsel, and hereby respectfully requests the permission of this Honorable Court to deposit the sum of $55,100.00 with the Clerk of the District Court, prior to sentencing, with the balance of such sum to be applied toward restitution ($50,000), the Justice for Victims of Trafficking Act (JVTA) assessment ($5,000), and the special assessment ($100). In support of this Motion, Defendant states as follows:

1. On May 30, 2025, the Defendant signed a plea agreement wherein she he to plead guilty to Count I of the Indictment, which alleged violations of 18 U.S.C. § 1591(a)(1) and (b)(2);

2. Pursuant to this written plea agreement, Defendant has also agreed to pay $50,000.00 to the named victim (Minor Victim 1), to pay a JVTA assessment in the amount of $5,000.00, and to pay a $100.00 special assessment;

3. On July 17, 2025, the Defendant appeared before this Court and pleaded guilty to Count I of the Indictment. Sentencing is scheduled for October 17, 2025;

1

4. The undersigned has discussed this Motion with Assistant United States Attorney Danielle Fliam, and she has no opposition.

WHEREFORE, the Defendant respectfully requests that this Honorable Court issue an Order granting the Defendant the permission to deposit the sum of $55,100.00 with the Clerk of the District Court, prior to sentencing, for the purposes of paying the restitution, JVTA assessment, and special assessment that will be ordered in this case pursuant to the plea agreement.

Very respectfully submitted,

 s/Ryan S. Crnkovich
Ryan S. Crnkovich, NE Bar #25741
Dornan, Howard, Breitkreutz, Dahlquist & Klein, PC, LLO
1403 Farnam Street, Suite 232
Omaha, NE 68102
(402) 884-7044
(402) 884-7045 facsimile
ryan@dltlawyers.com
*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on the 8th day of September, 2025 a true and correct copy of the foregoing pleading and was electronically filed with the Clerk of the United States Court for the District of Nebraska using the CM/ECF filing system which sent notification of such filing to the following recipients:

Danielle Fliam
Assistant U.S. Attorney
100 Centennial Mall North Suite 487
Federal Building
Lincoln, NE 68508
Danielle.fliam@usdoj.gov

           */s/ Ryan S. Crnkovich*
           Ryan S. Crnkovich, NE Bar #25741
           Attorney for Defendant