IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:24CR133 |
| v. | |
| SCOTT D. NELSON, | ORDER |
| Defendant. | |

This matter is before the Court on defendant Scott D. Nelson's ("Nelson") Unopposed Motion to Deposit Funds toward Restitution and Special Assessments in Advance of Sentencing (Filing No. 62). Nelson requests permission to deposit the sum of $55,100 with the Clerk of Court, prior to sentencing, with the balance of such sum to be applied toward restitution ($50,000), the Justice for Victims of Trafficking Act ("JVTA") assessment ($5,000), and the special assessment ($100). The Court will grant the Motion.

IT IS ORDERED that the Clerk of Court accept up to and including $55,100 in restitution until further order of the Court.

Dated this 8th day of September 2025.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge