IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                    Plaintiff,

        vs.

SCOTT D. NELSON,

                    Defendant.

8:24CR133
MOTION TO RESTRICT ACCESS

COMES NOW the United States of America, by and through the undersigned Assistant

United States Attorney, and requests this Court to issue an Order pursuant to the

E-Government Act restricting the access to Government' Sentencing Statement as it contains

information protected from public viewing in accordance with the law.

        DATED this 25th day of September, 2025.

                    Respectfully submitted,

                    UNITED STATES OF AMERICA,

                    LESLEY A. WOODS
                    United States Attorney
                    District of Nebraska

        By:    s/ Danielle Fliam
                    DANIELLE J. FLIAM, #25658
                    Assistant U.S. Attorney
                    487 Federal Building
                    100 Centennial Mall North
                    Lincoln, NE   68508
                    Tel:   (402) 437-5241
                    Fax:   (402) 437-5390
                    E-mail:   danielle.fliam@usdoj.gov