IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> SCOTT NELSON, <br><br> Defendant. | Case No. 8:24-CR-133 <br><br><br> **OBJECTIONS TO REVISED PRESENTENCE INVESTIGATION REPORT** |

COMES NOW, the Defendant, Scott Nelson, by and through his undersigned counsel, and hereby respectfully objects to those portions of the Revised Presentence Investigation Report (RPSR) set forth below:

1. As reflected in the addendum on pages 36–39 of the RPSR, Defendant respectfully objects to the 2–point "undue influence" enhancement that was assessed in paragraph 76 of the RPSR pursuant to U.S.S.G. § 2G1.3(b)(4)(A);

2. The legal bases for Defendant's objection to this 2-point enhancement as set forth more fully in a brief that he has filed accompanying this Motion;

3. Defendant likewise objects to any and all other guideline calculations contained within the RPSR to the extent they are impacted by this 2-level "undue influence" enhancement;

4. Accordingly, in addition to paragraph 76 of the RPSR, Defendant further objects to paragraphs 80, 83, 134, 136, and 143.

5. Defendant submits that when this 2-point "undue influence" enhancement is properly removed, his total offense level is 36 with an accompanying guideline custody range of 188–235 months confinement, and a fine range of $40,000–$250,000.

1

WHEREFORE, Defendant respectfully requests that this Honorable Court sustain his objections to the RPSR, find that Defendant's Total Offense Level is 36, and further conclude that his accompanying custody range under the guidelines is 188–235 months and his fine range is $40,000–$250,000.

Very respectfully submitted,

*s/Ryan S. Crnkovich*
Ryan S. Crnkovich, NE Bar #25741
Dornan, Howard, Breitkreutz, Dahlquist & Klein, PC, LLO
1403 Farnam Street, Suite 232
Omaha, NE 68102
(402) 884-7044
(402) 884-7045 facsimile
ryan@dltlawyers.com
*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

   The undersigned hereby certifies that on the 25th day of September, 2025 a true and correct copy of the foregoing pleading and was electronically filed with the Clerk of the United States Court for the District of Nebraska using the CM/ECF filing system which sent notification of such filing to the following recipients:

Danielle Fliam
Assistant U.S. Attorney
100 Centennial Mall North Suite 487
Federal Building
Lincoln, NE 68508
Danielle.fliam@usdoj.gov

           */s/ Ryan S. Crnkovich*
           Ryan S. Crnkovich, NE Bar #25741
           Attorney for Defendant