IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 8:24-CR-133 |
| Plaintiff, | |
| vs. | **MOTION FOR DOWNWARD VARIANCE** |
| SCOTT NELSON, | |
| Defendant. | |

COMES NOW, the Defendant, Scott Nelson, by and through his undersigned counsel, and hereby respectfully requests that this Honorable Court vary downward and impose a custodial sentence of 180 months' imprisonment as permitted by his 11(c)(1)(C) plea agreement. Defendant submits that a downward variance is appropriate in this case when the factors set forth in 18 U.S.C. § 3553(a) are appropriately weighed and considered. Further analysis of these relevant factors is set forth in a brief that has been filed contemporaneously with this Motion.

WHEREFORE, Defendant respectfully requests that this Honorable Court grant this motion, vary downward, and impose a custodial sentence of 180 months' imprisonment.

Very respectfully submitted,

 s/Ryan S. Crnkovich
Ryan S. Crnkovich, NE Bar #25741
Dornan, Howard, Breitkreutz, Dahlquist &
Klein, PC, LLO
1403 Farnam Street, Suite 232
Omaha, NE 68102
(402) 884-7044
(402) 884-7045 facsimile
ryan@dltlawyers.com
*Attorney for Defendant*

1

## <u>CERTIFICATE OF SERVICE</u>

   The undersigned hereby certifies that on the 25th day of September, 2025 a true and correct copy of the foregoing pleading and was electronically filed with the Clerk of the United States Court for the District of Nebraska using the CM/ECF filing system which sent notification of such filing to the following recipients:

Danielle Fliam
Assistant U.S. Attorney
100 Centennial Mall North Suite 487
Federal Building
Lincoln, NE 68508
Danielle.fliam@usdoj.gov

       */s/ Ryan S. Crnkovich*
       Ryan S. Crnkovich, NE Bar #25741
       Attorney for Defendant