IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 8:24-CR-133 |
| Plaintiff, | |
| vs. | **MOTION TO FILE RESTRICTED BRIEF** |
| SCOTT NELSON, | |
| Defendant. | |

COMES NOW, the Defendant, Scott Nelson, by and through his undersigned counsel, and hereby respectfully requests that this Honorable Court issue an Order pursuant to the E-Government Act restricting the access to the Defendant's "Brief in Support of Objections to RPSR and Motion for Downward Variance" as it contains information protected from public viewing in accordance with the law.

Very respectfully submitted,

 s/Ryan S. Crnkovich
Ryan S. Crnkovich, NE Bar #25741
Dornan, Howard, Breitkreutz, Dahlquist & Klein, PC, LLO
1403 Farnam Street, Suite 232
Omaha, NE 68102
(402) 884-7044
(402) 884-7045 facsimile
ryan@dltlawyers.com
*Attorney for Defendant*

1

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on the 25th day of September, 2025 a true and correct copy of the foregoing pleading and was electronically filed with the Clerk of the United States Court for the District of Nebraska using the CM/ECF filing system which sent notification of such filing to the following recipients:

Danielle Fliam
Assistant U.S. Attorney
100 Centennial Mall North Suite 487
Federal Building
Lincoln, NE 68508
Danielle.fliam@usdoj.gov

                                            */s/ Ryan S. Crnkovich*
                                            Ryan S. Crnkovich, NE Bar #25741
                                            Attorney for Defendant