IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SCOTT D. NELSON,<br><br>　　　　　Defendant. | 8:24CR133<br><br>ORDER |

　　　　This matter is before the Court on defendant Scott D. Nelson's ("Nelson") Motion to Correct Sentence Pursuant to Rule 35(a) (Filing No. 78). Nelson requests the Court modify his October 20, 2025 Judgment to rescind the $5,000 special assessment that was imposed under the Justice for Victims of Trafficking Act of 2015, 18 U.S.C. § 3014(a) ("JVTA"). In his Plea Agreement Nelson had agreed, inter alia, to the payment of a JVTA assessment of $5,000, which amount was paid into this Court prior to sentencing. Nelson now points out that the provisions of the JVTA sunsetted on October 1, 2025–after the Plea Agreement was entered into and Nelson entered his plea–but before his sentencing. A hearing was held on October 31, 2025. Because the Court had no statutory authority to impose the JVTA assessment, the motion will be granted.[1] Accordingly,

　　IT IS ORDERED:

1. Defendant's Motion to Correct Sentence Pursuant to Rule 35(a) (Filing No. 78) is granted.

2. The Court will issue an Amended Judgment reflecting that the original sentence imposed remains in effect in all particulars except the $5,000 JVTA assessment.

3. The Clerk of Court is directed to refund the sum of $5,000 the defendant previously deposited (as his JVTA assessment) with the Clerk of Court to

---

　　[1]The government had no objection to the motion being granted under these circumstances.

defendant's counsel of record, Ryan S. Crnkovich, in his capacity as a fiduciary agent for the defendant

Dated this 31st day of October 2025.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge